STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOSE ANTONIO BURGOS ACEVEDO

Case No. 10-10215-SEK

Chapter 13

Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

### I. Appearances

Debtor [ ] Present [✓] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute  A.H. Vega

Date: December 01, 2010
Time: 2:30 pm  Track: ___
[ ] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: ___
Creditors
— none —

### II. Oath Administered
[ ] Yes  [✓] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
　　[ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns ___ [ ] Returned
[ ] Federal Tax Returns ___ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued  12/15/10 at 1:00 pm

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
　　[ ] State - years ___
　　[ ] Federal - years ___

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
　　[ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
　　[ ] Incomplete   [ ] Missing
　　[ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
　　[ ] Missing   [ ] More than 180 days
　　[ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re: JOSE ANTONIO BURGOS ACEVEDO

Case No. 10-10215-SEK

Chapter 13    Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

VI. Plan (Cont.)
Date: October, 29, 2010    Base $ 22,400.00   [X] Filed    Evidence of Pmt shown: _____
Payments __1__ made out of __1__ due.   [ ] Not Filed

VII. Confirmation Hearing Date: December, 21, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $146.00 = $2,854.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor   [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months _____
[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

COMMENTS

Counsel for debtor requested continuance.

Trustee/Presiding Officer

Date: December 01, 2010
(Rev.